Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
Attorney for Debtor, Tonya Hendricks

Order Filed on January 10, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# IN THE UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| | | |
|---|---|---|
| **In the Matter of**: | } | Case No. 24-18693-MBK |
| | } | Chapter 13 |
| TONYA HENDRICKS | } | |
| | } | Hearing Date: 1/8/2025; 9:00 am |
| | } | Oral Argument Waived Unless |
| **Debtor(s)** | } | Objections Are Filed |
| | } | **FILED UNDER 7-DAY RULE** |

### ORDER MODIFYING/REDUCING/ CLAIMS OF INTERNAL REVENUE SERVICE

The relief set forth on the following pages, numbered (2) through (2) is hereby **ORDERED.**

**DATED: January 10, 2025**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

1

The attorney for the Debtor having filed a motion to reduce/modify claims of the Internal Revenue Service in this Chapter 13 bankruptcy and after notice and opportunity for hearing having been given to all creditors and other parties in interest, and a hearing having been held by the Court, and the Court having considered all applications for allowances,

It is hereby ORDERED that **claim No.: 3** for the **2014 and 2017 Tax periods** filed by the Internal Revenue Service ("IRS"), are hereby **reclassified from an unsecured priority claim in the amount of $9,513.78 to general unsecured debt**;

IT IS FURTHER ORDERED that the movant shall serve copies of this order on the Debtor, and trustee and any other party who entered an appearance, on this motion.

_____